**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 07-CR-20076-11

REUBEN C. MIMS,

    Defendant.
                                                        /

**ORDER GRANTING DEFENDANT'S**
**PETITION "TO ALLOW MODIFICATION OF BOND CONDITIONS"**

Defendant Reuben C. Mims moved on July 5, 2007 for modification of his bond conditions. The court concludes a hearing on the petition is unnecessary. *See* E.D. Mich LCrR 12.1; E.D. Mich. LR 7.1(e)(2). For the reasons stated below, the court will grant the petition.

Defendant is charged with a number of drug crimes for which he was arraigned on March 14, 2007. He was released on April 12, 2007 on his own recognizance under the supervision of Pretrial Services, subject to tether monitoring. He has complied with all required conditions and his pre-trial officer has no objection to removing the tether. The court concludes, pursuant to 18 U.S.C. 3142, that tether monitoring of Defendant may be suspended pending trial. Accordingly,

IT IS ORDERED that Defendant's Petition "To Allow Modification of Bond Condition" [Dkt # 108] is GRANTED.  Defendant is no longer subject to tether monitoring.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  July 17, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 17, 2007, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522